**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL NACHMAN, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>- against -<br><br>TESLA, INC., TESLA LEASE TRUST, and TESLA FINANCE LLC,<br><br>Defendant. | No. 22-CV-5976 (RPK) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Michael Nachman hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order granting Defendant's Motion to Dismiss dated September 30, 2023 (ECF No. 24), the Memorandum and Order denying Plaintiff's Motion for Leave to Amend his Complaint dated August 6, 2024 (ECF No. 33), as well as the accompanying Judgment dated August 7, 2024 (ECF No. 34).

Date: September 5, 2024

Respectfully submitted,

**REESE LLP**

By: */s/ Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff and the Proposed Class*

APPEAL,ACO

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:22−cv−05976−RPK−ST

Nachman v. Tesla, Inc. et al  
Assigned to: Judge Rachel P. Kovner  
Referred to: Magistrate Judge Steven Tiscione  
Demand: $5,000,000  
Cause: 28:1332 Diversity−Fraud  

Date Filed: 10/05/2022  
Date Terminated: 08/07/2024  
Jury Demand: Plaintiff  
Nature of Suit: 370 Fraud or Truth−In−Lending  
Jurisdiction: Diversity  

**Plaintiff**

**Michael Nachman**  
*individually and on behalf of a class of similarly situated persons*

represented by **Michael Robert Reese**  
Reese LLP  
100 West 93rd Street  
16th floor  
New York, NY 10025  
(212) 643−0500  
Fax: (212) 253−4272  
Email: mreese@reesellp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**George Volney Granade , II**  
Reese LLP  
8484 Wilshire Boulevard  
Suite 515  
Los Angeles, CA 90211  
310−393−0070  
Fax: 212−253−4272  
Email: ggranade@reesellp.com  
*ATTORNEY TO BE NOTICED*

**Charles D. Moore**  
Reese LLP  
121 N. Washington Ave.  
Ste 4th Floor  
Minneapolis, MN 55401  
212−643−0500  
Fax: 212−253−4272  
Email: cmoore@reesellp.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tesla, Inc.**

represented by **Alan E. Schoenfeld**  
Wilmer Cutler Pickering Hale and Dorr LLP  
7 World Trade Center  
New York, NY 10007  
212−937−7294  
Fax: 212−230−8888  
Email: alan.schoenfeld@wilmerhale.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tesla Lease Trust**

represented by **Alan E. Schoenfeld**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | | |
|---|---|---|---|
| **Tesla Finance LLC** | | represented by | **Alan E. Schoenfeld**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2022 | 1 | COMPLAINT against Tesla Finance LLC, Tesla, Inc., Tesla lease trust filing fee $ 402, receipt number ANYEDC–16010228 Was the Disclosure Statement on Civil Cover Sheet completed –YES,, filed by Michael Nachman. (Moore, Charles) Modified on 10/6/2022 (CL). (Entered: 10/05/2022) |
| 10/05/2022 | 2 | Civil Cover Sheet.. Re 1 Complaint by michael nachman (Moore, Charles) (Entered: 10/05/2022) |
| 10/05/2022 | 3 | Proposed Summons. Re 1 Complaint by michael nachman (Attachments: # 1 Proposed Summons, # 2 Proposed Summons) (Moore, Charles) (Entered: 10/05/2022) |
| 10/06/2022 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (CL) (Entered: 10/06/2022) |
| 10/06/2022 | | Case Assigned to Judge Rachel P. Kovner and Magistrate Judge Steven Tiscione. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (CL) (Entered: 10/06/2022) |
| 10/06/2022 | 5 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (CL) (Entered: 10/06/2022) |
| 10/06/2022 | 6 | Summons Issued as to All Defendants. (CL) (Entered: 10/06/2022) |
| 10/19/2022 | 7 | WAIVER OF SERVICE Returned Executed by Michael Nachman. Tesla, Inc. waiver sent on 10/19/2022, answer due 12/18/2022. (Reese, Michael) (Entered: 10/19/2022) |
| 10/19/2022 | 8 | WAIVER OF SERVICE Returned Executed by Tesla Finance LLC. Tesla Finance LLC waiver sent on 10/19/2022, answer due 12/18/2022. (Reese, Michael) (Entered: 10/19/2022) |
| 10/19/2022 | 9 | WAIVER OF SERVICE Returned Executed by Michael Nachman. Tesla Lease Trust waiver sent on 10/19/2022, answer due 12/18/2022. (Reese, Michael) (Entered: 10/19/2022) |
| 11/01/2022 | 10 | NOTICE of Appearance by Michael Robert Reese on behalf of Michael Nachman (aty to be noticed) (Reese, Michael) (Entered: 11/01/2022) |
| 11/14/2022 | 11 | NOTICE of Appearance by Alan E. Schoenfeld on behalf of Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc. (aty to be noticed) (Schoenfeld, Alan) (Entered: 11/14/2022) |
| 11/14/2022 | 12 | Corporate Disclosure Statement by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc. identifying Corporate Parent no corporate parent and no publicly held coporation owns 10 percent or more of its stock for Tesla, Inc.; Corporate Parent Tesla, Inc. for Tesla Finance LLC; Corporate Parent Tesla, Inc. for Tesla Lease Trust. (Schoenfeld, Alan) (Entered: 11/14/2022) |
| 11/14/2022 | 13 | MOTION for pre motion conference by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc.. (Schoenfeld, Alan) (Entered: 11/14/2022) |
| 11/17/2022 | | ORDER: Plaintiff shall respond to the 13 motion for pre−motion conference on or before 11/23/22. Ordered by Judge Rachel P. Kovner on 11/17/22. (NCM) (Entered: |

| | | |
|---|---|---|
| | | 11/17/2022) |
| 11/23/2022 | 14 | Letter *to Judge Kovner in response to Defendants' Pre–Motion Request (ECF No. 13)* by Michael Nachman (Reese, Michael) (Entered: 11/23/2022) |
| 11/29/2022 | | ORDER: Defendants' 13 motion for a pre–motion conference is denied because the Court has determined a conference is not necessary. Per the Court&#8217s bundling rule, defendants may serve a motion to transfer, or motion to dismiss, on or before 12/30/22 (but the motion shall not be filed on the docket at that time). *See* Judge Kovner&#8217s Individual Rules IV.B. Plaintiff shall serve a response on defendants by 1/27/23 (but the response shall not be filed on the docket at that time). Defendant may serve a reply, if any, on plaintiff by 2/10/22. The parties shall file the fully–briefed motion with the Court by 2/10/22. Ordered by Judge Rachel P. Kovner on 11/29/22. (NCM) (Entered: 11/29/2022) |
| 12/13/2022 | 15 | NOTICE of Appearance by George Volney Granade, II on behalf of Michael Nachman (aty to be noticed) (Granade, George) (Entered: 12/13/2022) |
| 12/30/2022 | 16 | Letter *regarding Service of Defendants' Motion to Dismiss the Complaint* by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc. (Schoenfeld, Alan) (Entered: 12/30/2022) |
| 01/27/2023 | 17 | Letter *re: Service of Opposition to Motion to Dismiss* by Michael Nachman (Moore, Charles) (Entered: 01/27/2023) |
| 02/10/2023 | 18 | Letter MOTION for Leave to File Document – *Video Exhibits in an Alternative Form* by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc.. (Schoenfeld, Alan) (Entered: 02/10/2023) |
| 02/10/2023 | 19 | MOTION to Dismiss by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc.. (Schoenfeld, Alan) (Entered: 02/10/2023) |
| 02/10/2023 | 20 | MEMORANDUM in Support re 19 MOTION to Dismiss filed by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc.. (Schoenfeld, Alan) (Entered: 02/10/2023) |
| 02/10/2023 | 21 | AFFIDAVIT/DECLARATION in Support re 19 MOTION to Dismiss filed by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Schoenfeld, Alan) (Entered: 02/10/2023) |
| 02/10/2023 | 22 | MEMORANDUM in Opposition re 19 MOTION to Dismiss *(by Michael Nachman)* filed by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc.. (Schoenfeld, Alan) (Entered: 02/10/2023) |
| 02/10/2023 | 23 | REPLY in Support re 19 MOTION to Dismiss filed by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc.. (Schoenfeld, Alan) (Entered: 02/10/2023) |
| 02/13/2023 | | Order: Defendants&#8217 18 motion for leave to file is granted. Defendants may file the video exhibits referenced in the 18 motion by mailing a USB flash drive containing the video files to the Court. Ordered by Judge Rachel P. Kovner on 2/13/23.(NCM) (Entered: 02/13/2023) |
| 09/30/2023 | 24 | MEMORANDUM & ORDER: For the reasons set out in the attached memorandum, defendants' 19 motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted. If plaintiff wishes to amend his pleadings, he shall file a motion within thirty days seeking leave to amend, with the proposed amended complaint attached as an exhibit. The motion should explain how the amended complaint addresses the pleading defects identified in this opinion. Otherwise, judgment shall be entered. Ordered by Judge Rachel P. Kovner on 9/30/2023. (SP) (Entered: 09/30/2023) |
| 10/16/2023 | 25 | Letter MOTION for Extension of Time to File *Motion Seeking Leave to Amend Complaint* by Michael Nachman. (Reese, Michael) (Entered: 10/16/2023) |
| 10/17/2023 | | ORDER granting 25 Motion for Extension of Time to File. The time for Plaintiff to file an amended complaint is extended to November 20, 2023. So Ordered by Magistrate Judge Steven Tiscione on 10/17/2023. (LV) (Entered: 10/17/2023) |
| 11/20/2023 | 26 | MOTION to Amend/Correct/Supplement *Complaint* by Michael Nachman. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Charles D. Moore) |

| | | |
|---|---|---|
| | | (Moore, Charles) (Entered: 11/20/2023) |
| 12/04/2023 | 27 | RESPONSE in Opposition re 26 MOTION to Amend/Correct/Supplement *Complaint* filed by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc.. (Schoenfeld, Alan) (Entered: 12/04/2023) |
| 12/04/2023 | 28 | DECLARATION re 27 Response in Opposition to Motion *in Support* by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc. (Attachments: # 1 Exhibit A) (Schoenfeld, Alan) (Entered: 12/04/2023) |
| 12/06/2023 | 29 | Letter MOTION for Extension of Time to File Response/Reply *in Support of Motion for Leave to File Amended Class Action Complaint* by Michael Nachman. (Granade, George) (Entered: 12/06/2023) |
| 12/07/2023 | | ORDER: The 29 motion for an extension of the deadline to file a reply in support of plaintiff's motion for leave to file an amended complaint is granted. Plaintiff shall file his reply by 12/18/2023. Ordered by Judge Rachel P. Kovner on 12/7/2023. (SP) (Entered: 12/07/2023) |
| 12/18/2023 | 30 | REPLY to Response to Motion re 26 MOTION to Amend/Correct/Supplement *Complaint* filed by Michael Nachman. (Granade, George) (Entered: 12/18/2023) |
| 04/29/2024 | 31 | NOTICE by Michael Nachman re 26 MOTION to Amend/Correct/Supplement *Complaint Notice of Supplemental Authority* (Attachments: # 1 Exhibit A) (Moore, Charles) (Entered: 04/29/2024) |
| 05/07/2024 | 32 | NOTICE by Tesla Finance LLC, Tesla Lease Trust, Tesla, Inc. re 31 Notice(Other) */RESPONSE TO PLAINTIFFS NOTICE OF SUPPLEMENTAL AUTHORITY* (Schoenfeld, Alan) (Entered: 05/07/2024) |
| 08/06/2024 | 33 | ORDER: For the reasons set forth in the attached memorandum and order, plaintiff's 26 motion for leave to amend is denied. Because I have already dismissed plaintiff's complaint, the Clerk of Court is respectfully directed to enter judgment and close the case. Ordered by Judge Rachel P. Kovner on 8/6/2024. (SP) (Entered: 08/06/2024) |
| 08/07/2024 | 34 | CLERK'S JUDGMENT: that plaintiff's complaint is dismissed; that plaintiff's motion for leave to amend is denied; and that this case is closed. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 8/7/2024. (JP) (Entered: 08/07/2024) |
| 09/05/2024 | 35 | NOTICE OF APPEAL as to 34 Clerk's Judgment, 33 Order on Motion to Amend/Correct/Supplement, 24 Order on Motion to Dismiss,, by Michael Nachman. Filing fee $ 605, receipt number ANYEDC–18243306. Appeal Record due by 9/19/2024. (Attachments: # 1 Exhibit Memorandum and Order Granting Motion to Dismiss, # 2 Exhibit Memorandum and Order Denying Leave to Amend, # 3 Exhibit Judgment) (Reese, Michael) (Entered: 09/05/2024) |
| 09/05/2024 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 35 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 09/05/2024) |